REBECCA R. WEINREICH, SB# 155684
E-Mail: weinreich@lbbslaw.com
HELLAR-ANN HANCOCK, SB# 117075
E-Mail: hhancock@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 481-0621

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| Tammi Jones,<br><br>    Plaintiff,<br><br>    v.<br><br>AIG Risk Management, Inc.; AIG Construction Risk Management Group; American International Companies; American International Group of Companies; American International Group, Inc., National Union Fire Insurance Company of Pittsburgh PA and Does 1 through 20,<br><br>    Defendants. | CASE NO. CV 10-01374 EMC<br><br>[The Honorable Edward M. Chen]<br><br>**STIPULATION TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND DEFENDANTS THE RIGHT TO RESPOND BY ANSWER OR MOTION** ; ORDER |

    IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES that Plaintiff may file a First Amended Complaint and that Defendants are entitled to respond to the First Amended Complaint, by way of answer or motion(s) within 20 days after the date the Court enters an Order approving this Stipulation.

DATED: October 29, 2010    LEWIS BRISBOIS BISGAARD & SMITH LLP

By /s/ Rebecca R. Weinreich
Rebecca R. Weinreich
Hellar-Ann Hancock
Attorneys for Defendants

DATED: October 28, 2010

SELTZER & CODY

By _____
Richard A. Seltzer
Edward M. Mastrangelo
Attorneys for Plaintiff, TAMMI JONES

**IT IS SO ORDERED.**     The status conference currently set for 11/17/10 at 3:00 p.m. is reset for 11/17/10 at 2:30 p.m. An updated joint status conference statement shall be filed by 11/10/10. The 11/17/10 motion hearing is vacated.

Dated:  11/1/10

EDWARD M. CHEN
United States Magistrate Judge

IT IS SO ORDERED
AS MODIFIED
Judge Edward M. Chen

# FEDERAL COURT PROOF OF SERVICE

Tammi Jones v. AIG Risk Management, et al. - File No. Case No. CV 10-01374 EMC

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On October 29, 2010, I served the following document(s): **STIPULATION TO PERMIT PLAINTIFF TO FILE A FIRST AMENDED COMPLAINT AND DEFENDANTS THE RIGHT TO RESPOND BY ANSWER OR MOTION**

The documents were served by the following means:

[X]   (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on October 29, 2010, at Los Angeles, California.

*[signature]*
Tamara Richardson