1 | **RICHARD SELTZER, ESQ. (SBN 92317)**
**LAW OFFICES OF RICHARD SELTZER**
2 | Two Theatre Square, Suite 234
Orinda, California 94563-3346
3 | Telephone: (925) 253-7909
Facsimile: (925) 254-0550
4 |
**EDWARD M. MASTRANGELO, ESQ. (SBN 83720)**
5 | **MASTRANGELO LAW OFFICES**
A Professional Corporation
6 | Two Theatre Square, Suite 234
Orinda, California 94563-3346
7 | Telephone: (925) 258-0500
Facsimile: (925) 254-0550
8 |
Attorneys for Plaintiff TAMMI JONES
9 |
**REBECCA R. WEINREICH, ESQ. (SBN 155684)**
10 | **HELLAR-ANN HANCOCK, ESQ. (SBN 117075)**
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
11 | 221 North Figueroa Street, Suite 1200
los Angeles, California 90012
12 | Telephone: (213) 250-1800
Facsimile: (213) 481-0621
13 |
Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMI JONES, | Case No. CV-10-1374 EMC |
| Plaintiff, | [The Honorable Edward M. Chen] |
| vs. | **STIPULATION TO PERMIT PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT AND DEFENDANTS THE RIGHT TO RESPOND BY ANSWER OR MOTION** ; ORDER |
| AIG RISK MANAGEMENT INC.; AIG CONSTRUCTION RISK MANAGEMENT GROUP; AMERICAN INTERNATIONAL COMPANIES; AMERICAN INTERNATIONAL GROUP OF COMPANIES; AMERICAN INTERNATIONAL GROUP, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and DOES ONE through TWENTY, | |
| Defendants. | |

/ / /

---

**STIPULATION TO PERMIT PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT AND DEFENDANTS THE RIGHT TO RESPOND BY ANSWER OR MOTION              1**

1    **IT IS HEREBY STIPULATED BY AND BETWEEN THE PARTIES** that Plaintiff may
2  file a Second Amended Complaint within ten days after the Court enters an order approving this
3  stipulation and that Defendants are entitled to respond to the Second Amended Complaint, by way
4  of answer or motion(s) within 20 days after plaintiff files her Second Amended Complaint.

6  Date: November 11, 2010                                             /s/
7                                                                     _____
                                                                       RICHARD SELTZER, ESQ.
                                                                       Attorney for Plaintiff

9  Date: November 11, 2010                                             /s/
10                                                                    _____
                                                                       REBECCA R. WEINREICH, ESQ.
                                                                       Attorney for Defendants

14                                          **ORDER**
15       **IT IS SO ORDERED.**

17  Date:   11/15/10
18                                                                    _____
                                                                       EDWARD M. CHEN
                                                                       United States District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

---

**STIPULATION TO PERMIT PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT AND DEFENDANTS THE RIGHT TO RESPOND BY ANSWER OR MOTION                                       2**

<u>Tammi Jones v. AIG Risk Management, et al.</u>
CV 10-01374 EMC

CERTIFICATE OF SERVICE
28 U.S.C. §1746

STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA:

 At the time of service, I was over 18 years of age and not a party to the action.  My business address is Two Theatre Square, Suite 234, Orinda, California 94563.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

 On the date listed below, I served the following documents:

**STIPULATION TO PERMIT PLAINTIFF TO FILE
A SECOND AMENDED COMPLAINT AND DEFENDANTS
THE RIGHT TO RESPOND BY ANSWER OR MOTION**

_____ by transmitting via facsimile the above document(s) to the fax number(s) set forth below on this date before 5:00 p.m.

_____ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Orinda, California addressed as set forth below.

_____ by causing personal delivery by messenger of the document(s) listed above to the person(s) at the address(es) set forth below.

_____ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

__X__ Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below.

Rebecca R. Weinreich, Esq.
Heller-Ann Hancock, Esq.
LEWIS BRISBOIS BISGAARD & SMITH LLP
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone:    (213) 250-1800
Facsimile:    (213) 250-7900
Email:        weinreich@bbslaw.com
              hhancock@lbbslaw.com

 I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

 Executed at Orinda, California, on November 11, 2010.

              _____
              Shawn DeMello