1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

10
11

12 | TAMMI JONES,

13 |   Plaintiff,

14 |   v.

15 | AIG RISK MANAGEMENT, INC.;
AIG CONSTRUCTION RISK
16 | MANAGEMENT GROUP; AMERICAN
INTERNATIONAL COMPANIES;
17 | AMERICAN INTERNATIONAL GROUP OF
COMPANIES; AMERICAN
18 | INTERNATIONAL GROUP, INC.;
NATIONAL UNION FIRE INSURANCE
19 | COMPANY OF PITTSBURGH, PA; and
DOES ONE through TWENTY,
20
21 |   Defendants.
22

CASE NO. CV 10-01374 EMC

[The Honorable Edward M. Chen]

**[PROPOSED] ORDER TO PERMIT
PLAINTIFF TO FILE A THIRD AMENDED
COMPLAINT AND DEFENDANTS THE
RIGHT TO RESPOND BY ANSWER OR
MOTION**

The Court, having reviewed the Stipulation of Plaintiff TAMMI JONES and Defendants AIG

RISK MANAGEMENT INC.; AIG CONSTRUCTION RISK MANAGEMENT GROUP;

AMERICAN INTERNATIONAL COMPANIES; AMERICAN INTERNATIONAL GROUP OF

COMPANIES; AMERICAN INTERNATIONAL GROUP, INC.; and NATIONAL UNION FIRE

INSURANCE COMPANY PITTSBURGH, PA to Permit Plaintiff to File a Third Amended

Complaint and Defendants the Right to Respond by Answer or Motion filed concurrently herewith,

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

and good cause appearing therefor, orders as follows:

1.  Plaintiff may file a Third Amended Complaint by 5:00 p.m. on Thursday, December 16, 2010, and Defendant is entitled to respond to the Third Amended Complaint, by way of answer or motion(s), within 20 days after Plaintiff files and serves her Third Amended Complaint.

2.  Defendants need not file any response to the Second Amended Complaint since it will be superceded by the Third Amended Complaint.  Instead, Defendants will respond to the Third Amended Complaint, by way of answer or motion(s), within 20 days after plaintiff files her Third Amended Complaint.

**IT IS SO ORDERED.**

Date:   December ____16____, 2010



UNITED STATES DISTRICT COURT

IT IS SO ORDERED

Judge Edward M. Chen

NORTHERN DISTRICT OF CALIFORNIA

48 41 -22.96 -62.80 .1

[PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT AND DEFENDANTS THE RIGHT TO RESPOND BY ANSWER OR MOTION

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

1  **FEDERAL COURT PROOF OF SERVICE**

2  *Tammi Jones v. AIG Risk Management, et al.* - File No. 6234-7811

3  STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

4  At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, California 90012. I am employed in
5  the office of a member of the bar of this Court at whose direction the service was made.

6  On December 9, 2010, I served the following document(s): **[PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT AND DEFENDANTS**
7  **THE RIGHT TO RESPOND BY ANSWER OR MOTION**

8  I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):
9

| 10  Edward M. Mastrangelo, Esq. <br> MASTRANGELO LAW OFFICES <br> A Professional Corporation <br> Two Theatre Square, Suite 234 <br> Orinda, CA 94563 <br> Telephone:  925-258-0500 <br> Facsimile:  925-254-0550 <br><br> *Attorney for Plaintiff* | Richard A. Seltzer, Esq. <br> LAW OFFICES OF RICHARD A. SELTZER <br> Two Theatre Square, Suite 234 <br> Orinda, CA 94563 <br> Telephone:  925-253-7909 <br> Facsimile:  925-254-0550 <br><br> *Attorney for Plaintiff* |
|---|---|

15  The documents were served by the following means:

16  [ ]  (BY U.S. MAIL) I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and I deposited the sealed envelope or package with the
17  U.S. Postal Service, with the postage fully prepaid.

18  [ ]  (BY OVERNIGHT DELIVERY) Based on an agreement of the parties to accept service by overnight delivery, I enclosed the documents in an envelope or package provided by an
19  overnight delivery carrier and addressed to the persons at the addresses listed above.  I
20  placed the envelope or package for collection and delivery at an office or a regularly utilized drop box of the overnight delivery carrier.

21  [X]  (BY COURT'S CM/ECF SYSTEM) Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of
22  that filing to the persons listed above.

23  I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.
24

25  Executed on December 9, 2010, at Los Angeles, California.

26

27  Tamara Richardson

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP

4841-2296-6280.1

[PROPOSED] ORDER TO PERMIT PLAINTIFF TO FILE A THIRD AMENDED COMPLAINT AND
DEFENDANTS THE RIGHT TO RESPOND BY ANSWER OR MOTION