1  **RICHARD SELTZER, ESQ. (SBN 92317)**
   **LAW OFFICES OF RICHARD SELTZER**
2  Two Theatre Square, Suite 234
   Orinda, California 94563-3346
3  Telephone: (925) 253-7909
   Facsimile: (925) 254-0550
4
   **EDWARD M. MASTRANGELO, ESQ. (SBN 83720)**
5  **MASTRANGELO LAW OFFICES**
   A Professional Corporation
6  Two Theatre Square, Suite 234
   Orinda, California 94563-3346
7  Telephone: (925) 258-0500
   Facsimile: (925) 254-0550
8
   Attorneys for Plaintiff
9  TAMMI JONES

10 **REBECCA R. WEINREICH, ESQ. (SBN 155684)**
   **HELLAR-ANN HANCOCK, ESQ. (SBN 117075)**
11 **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   221 North Figueroa Street, Suite 1200
12 los Angeles, California 90012
   Telephone: (213) 250-1800
13 Facsimile: (213) 481-0621

14 Attorneys for Defendants

15                    **UNITED STATES DISTRICT COURT**

16         **NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION**

17

18 TAMMI JONES,                                   Case No. CV-10-1374 EMC

19          Plaintiff,                            [The Honorable Edward M. Chen]

20 vs.                                            **STIPULATION AND ORDER TO PERMIT**
                                                  **PLAINTIFF TO INCLUDE DEFENDANT**
21 AMERICAN INTERNATIONAL GROUP,                  **CHARTIS CLAIMS, INC. (FORMERLY**
   INC.; NATIONAL UNION FIRE                     **KNOWN AS AIG DOMESTIC CLAIMS,**
22 INSURANCE COMPANY OF PITTSBURGH,              **INC.) IN THE THIRD AMENDED**
   PA and CHARTIS CLAIMS, INC., formerly         **COMPLAINT AND DEFENDANT'S**
23 known as AIG DOMESTIC CLAIMS, INC.;           **RIGHT TO RESPOND BY ANSWER OR**
   and DOES ONE through TWENTY,                  **MOTION**
24
          Defendants.
25 _____/

26       Plaintiff TAMMI JONES and Defendant CHARTIS CLAIMS, INC. (formerly known as AIG

27 DOMESTIC CLAIMS, INC.) hereby stipulate as follows:

28       WHEREAS, by a Minute Order dated November 17, 2010, the Court ordered Plaintiff to file

**STIPULATION AND ORDER TO PERMIT PLAINTIFF TO INCLUDE DEFENDANT CHARTIS CLAIMS, INC. (FORMERLY KNOWN AS AIG DOMESTIC CLAIMS, INC.) IN THE THIRD AMENDED COMPLAINT AND DEFENDANT'S RIGHT TO RESPOND BY ANSWER OR MOTION                                                        1**

1  a Second Amended Complaint by November 19, 2010, and Defendants to file their response within
2  20 days; and
3      WHEREAS, pursuant to stipulation of December 9, 2010, that Plaintiff file a Third Amended
4  Complaint by 5:00 p.m. on December 16, 2010, against defendants, and defendants not be required
5  to respond to plaintiff's Second Amended Complaint; and
6      WHEREAS, the stipulation between TAMMI JONES and defendants filed on December 9,
7  2010, inadvertently failed to include Defendant CHARTIS CLAIMS, INC. (formerly known as AIG
8  DOMESTIC CLAIMS, INC.), a defendant in both the First Amended Complaint and the Second
9  Amended Complaint;
10      The Parties through their respective counsel hereby stipulate and agree as follows, and
11  request that the Order of the Court entered on December 16, 2010, be amended as follows:

12    1.    Plaintiff may include in the Third Amended Complaint which will be filed by 5:00
13        p.m. on December 16, 2010, Defendant CHARTIS CLAIMS, INC. (formerly known
14        as AIG DOMESTIC CLAIMS, INC.).  With this stipulation, Defendants do not agree
15        and do not waive the right to argue that any Chartis entity is a proper defendant to
16        this action. Defendants reserve the right to challenge all claims against any
17        Defendant, including Chartis entities, by motion, including, but not limited to,
18        motions to dismiss and motions to strike.
19    2.    Defendants need not file any response to the allegations against Defendant
20        CHARTIS CLAIMS, INC. (formerly known as AIG DOMESTIC CLAIMS, INC.)
21        in the Second Amended Complaint since it will be superceded by the Third Amended
22        Complaint.  Instead, Defendants will respond to the allegations against Defendant
23        CHARTIS CLAIMS, INC. (formerly known as AIG DOMESTIC CLAIMS, INC.)
24        in the Third Amended Complaint, by way of answer or motion(s), within 20 days
25        after plaintiff files her Third Amended Complaint.
26  ///
27  ///
28  ///

1  Date: December 16, 2010 /s/ Richard Seltzer, Esq.

2  RICHARD SELTZER, ESQ.
   Attorney for Plaintiff

3

4

5  Date: December 16, 2010 /s/ Rebecca R. Weinreich, Esq.

6  REBECCA R. WEINREICH, ESQ.
   Attorney for Defendants

7

8  **ORDER**

9

10 **IT IS SO ORDERED.**

11 Date: 12/17/10

12 EDWARD M. CHEN
   United States Magistrate Judge

*IT IS SO ORDERED — Judge Edward M. Chen*

**STIPULATION AND ORDER TO PERMIT PLAINTIFF TO INCLUDE DEFENDANT CHARTIS CLAIMS, INC. (FORMERLY KNOWN AS AIG DOMESTIC CLAIMS, INC.) IN THE THIRD AMENDED COMPLAINT AND DEFENDANT'S RIGHT TO RESPOND BY ANSWER OR MOTION**   3

1  <u>Tammi Jones v. AIG Risk Management, et al.</u>
   CV 10-01374 EMC

2

3                           <u>CERTIFICATE OF SERVICE</u>
                                  28 U.S.C. §1746

4  STATE OF CALIFORNIA, COUNTY OF CONTRA COSTA:

5       At the time of service, I was over 18 years of age and not a party to the action. My business address is Two Theatre Square, Suite 234, Orinda, California 94563.  I am employed in the office of a member of the bar of this Court at whose direction the service was made.

7       On the date listed below, I served the following documents:

8  **STIPULATION AND ORDER TO PERMIT PLAINTIFF TO INCLUDE DEFENDANT CHARTIS CLAIMS, INC. (FORMERLY KNOWN AS AIG DOMESTIC CLAIMS, INC.) IN THE THIRD AMENDED COMPLAINT AND DEFENDANT'S RIGHT TO RESPOND BY ANSWER OR MOTION**

11  _____  by transmitting via facsimile the above document(s) to the fax number(s) set forth below on this date before 5:00 p.m.

12  _____  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Orinda, California addressed as set forth below.

14  _____  by causing personal delivery by messenger of the document(s) listed above to the person(s) at the address(es) set forth below.

15  _____  by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

17   X    Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed below.

19  Rebecca R. Weinreich, Esq.
    Heller-Ann Hancock, Esq.
20  LEWIS BRISBOIS BISGAARD & SMITH LLP
    221 North Figueroa Street, Suite 1200
21  Los Angeles, California 90012
    Telephone:    (213) 250-1800
22  Facsimile:    (213) 250-7900
    Email:        weinreich@lbbslaw.com
23                hhancock@lbbslaw.com

24      I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

25      Executed at Orinda, California, on December 16, 2010.

27                                         _____
                                                    Shawn DeMello

**STIPULATION AND ORDER TO PERMIT PLAINTIFF TO INCLUDE DEFENDANT CHARTIS CLAIMS, INC. (FORMERLY KNOWN AS AIG DOMESTIC CLAIMS, INC.) IN THE THIRD AMENDED COMPLAINT AND DEFENDANT'S RIGHT TO RESPOND BY ANSWER OR MOTION              4**