AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**NORTHERN** District of **CALIFORNIA**

TAMMI JONES

          Plaintiff (s),

V.

AMERICAN INTERNATIONAL GROUP, INC.

          Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 10-01374

Notice is hereby given that, subject to approval by the court, **Plaintiff Tammi Jones** substitutes (Party (s) Name)

**Steven Anthony, Esq.** , State Bar No. **37778** as counsel of record in
(Name of New Attorney)

place of **the Law Offices of Richard A. Seltzer, Esq. and the Mastrangelo Law Offices**
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name: **Anthony & Associates**
    Address: **1999 Harrison Street, Suite 1620**
    Telephone: **(510) 835 8400**    Facsimile **(510) 835-5566**
    E-Mail (Optional): **sra@aatriallaw.com**

I consent to the above substitution.
Date: 3/3/11

    */s/ Tammi Jones*
    TAMMI JONES
    (Signature of Party (s))

I consent to being substituted.
Date: 3/31/11

    */s/ Edward M. Mastrangelo*
    EDWARD M. MASTRANGELO, ESQ.
    (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 3/31/11

    */s/ Steven Anthony*
    STEVEN ANTHONY, ESQ.
    (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 4/12/11

    HON. EDWARD M. CHEN, Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]