STEVEN R. ANTHONY, ESQ. (SBN 37778)
ANTHONY & ASSOCIATES
1999 Harrison Street, Suite 1620
Oakland, CA 94612-4711
Telephone: (510) 835-8400
Facsimile: (510) 835-5566

EDWARD M. MASTRANGELO, ESQ. (SBN 83720)
MASTRANGELO LAW OFFICES
A Professional Corporation
Two Theatre Square, Suite 234
Ordinda, California 94563-3346
Telephone: (925) 258-0500
Facsimile: (925) 254-0550

**REBECCA R. WEINREICH, SB# 155684**
  E-Mail: weinreich@lbbslaw.com
**CHRISTOPHER J. GREENLEAF, SB# 170514**
  E-Mail: greenleaf@lbbslaw.com
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
221 North Figueroa Street, Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Facsimile: (213) 481-0621

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMI JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN INTERNATIONAL GROUP, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and CHARTIS CLAIMS, INC., formerly known as AIG DOMESTIC CLAIMS, INC.,<br><br>　　　　Defendants. | CASE NO. CV 10-01374 EMC<br><br>[The Honorable Edward M. Chen]<br><br>**STIPULATION TO PERMIT DEFENDANTS TO FILE AN ANSWER TO THIRD AMENDED COMPLAINT ON OR BEFORE JUNE 22, 2011**  ; ORDER |

1  Plaintiff TAMMI JONES and Defendants AMERICAN INTERNATIONAL GROUP, INC.;
2  NATIONAL UNION FIRE INSURANCE COMPANY PITTSBURGH, PA, and CHARTIS
3  CLAIMS, INC. hereby stipulate as follows:
4  WHEREAS, by the Court's Order dated May 2, 2011, wherein the Court denied Defendants'
5  motion to dismiss Plaintiff's Third Amended Complaint and granted Defendants' motion to strike in
6  part, Plaintiff was given 30 days to file an amended pleading;
7  WHEREAS, Plaintiff did not file an amended pleading within that 30 day period;
8  WHEREAS, the Court's May 2, 2011 Order did not set a deadline for Defendants to file an
9  answer in the event Plaintiff did not further amend the pleading within 30 days;
10  The Parties through their respective counsel hereby stipulate and agree as follows, and
11  request that their stipulation become the Order of the Court:
12      1.  Defendants may file an answer to the Third Amended Complaint on or before June
13          22, 2011.

Date: June 2, 2011

STEVEN R. ANTHONY, ESQ.
Attorney for Plaintiff

Date: June 2, 2011

CHRISTOPHER J. GREENLEAF, ESQ.
Attorney for Defendants

IT IS SO ORDERED.

Dated: June 14, 2011

EDWARD M. CHEN
United S...

*IT IS SO ORDERED AS MODIFIED*
Judge Edward M. Chen

4847-3052-6217.1

STIPULATION RE ANSWER TO THIRD...

LEWIS BRISBOIS BISGAARD & SMITH LLP