Steven R. Anthony [SBN 037778]
Jane L. Trigero, Of Counsel [SBN 103575]
Peter G. Washington [SBN 230514]
ANTHONY & ASSOCIATES
1999 Harrison Street, #1620
Oakland, California 94612
Telephone: [510] 835-8400
Facsimile: [510] 835-5566

Edward M. Mastrangelo, Esq. [SBN 83720]
MASTRANGELO LAW OFFICES
A Professional Corporation
Two Theatre Square, Suite 234
Orinda, CA 94563-3346
Telephone: [925] 258-0500
Facsimile: [925] 254-0550

Attorneys for Plaintiff, TAMMI JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| | |
|---|---|
| TAMMI JONES, | Case No. CV-10-1374 EMC |
| Plaintiff, | **STIPULATION OF THE PARTIES TO CHANGE THE TIME OF THE CASE MANAGEMENT CONFERENCE** |
| vs. | |
| AMERICAN INTERNATIONAL GROUP, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and CHARTIS CLAIMS, INC., formerly known as AIG DOMESTIC CLAIMS, INC. | |
| Defendants. | |

Due to a conflict on the calendar of Plaintiff's counsel, the parties do hereby stipulate to change the time of the Case Management Conference presently on calendar for Friday, September 23, 2011 from 10:30 a.m. to 11:00 a.m., in Courtroom 5 of the within Court.

///

---

STIPULATION OF THE PARTIES TO CHANGE THE TIME OF THE CASE MANAGEMENT CONFERENCE        1

1 | DATED: September 20, 2011   ANTHONY & ASSOCIATES

    By: /s/ *Steven R. Anthony*
        Steven R. Anthony
        Attorneys for Plaintiff

DATED: September 20, 2011   Lewis Brisbois Bisgaard & Smith LLP

    By: /s/ *Rebecca R. Weinreich*
        Rebecca R. Weinreich
        Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: 9/22/11   By: _____
                     Honorable Edward M. Chen
                     U.S. District Judge

*IT IS SO ORDERED*
*Judge Edward M. Chen*
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**ATTESTATION PURSUANT TO GENERAL ORDER NO. 45**

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

By: /s/ *Steven R. Anthony*
Steven R. Anthony