**LEWIS BRISBOIS BISGAARD & SMITH LLP**
1  REBECCA R. WEINREICH, SB# 155684
    E-Mail: weinreich@lbbslaw.com
2  CHRISTOPHER J. GREENLEAF, SB# 170514
3   E-Mail: greenleaf@lbbslaw.com
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: (213) 250-1800
5  Facsimile: (213) 481-0621

6
   Attorneys for Defendants
7

8

9                  UNITED STATES DISTRICT COURT

10       NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

11  | TAMMI JONES, | CASE NO. CV 10-01374 EMC |
    | --- | --- |
12  | Plaintiff, | [The Honorable Edward M. Chen] |
13  | | **UPDATED JOINT CASE** |
    | v. | **MANAGEMENT STATEMENT** |
14  | | ORDER RESETTING STATUS |
15  | AIG RISK MANAGEMENT, INC.; | Date:        March 2, 2012 |
    | AIG CONSTRUCTION RISK | Time:        10:30 a.m. |
16  | MANAGEMENT GROUP; AMERICAN | Courtroom:   5 |
    | INTERNATIONAL COMPANIES; | |
17  | AMERICAN INTERNATIONAL GROUP OF | |
    | COMPANIES; AMERICAN | |
18  | INTERNATIONAL GROUP, INC.; | |
    | NATIONAL UNION FIRE INSURANCE | |
19  | COMPANY OF PITTSBURGH, PA; and | |
    | DOES ONE through TWENTY, | |
20  | | |
21  | Defendants. | |

22

23      **1.     Updated Status**

24          In conformity with the notification from the mediator, the parties have reached a settlement

25  at the court ordered mediation.  While there remain a few minor issues to be resolved, it is

26  anticipated that the matter will be finalized and the consideration received no later than April 1,

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4848-7842-3050.1829-3288-1158.1
UPDATED JOINT CASE MANAGEMENT STATEMENT

1   2012. The payment is due March 26, 2012 and a Stipulation for Dismissal with Prejudice shall be

2   filed upon receipt.

3        The parties request that the Case Management scheduled next week be taken off calendar

4   since the matter is resolved.

5

6   Date:   February 23, 2012

7

8                                                               __/s/ Jane L. Trigero_____

9                                                               JANE L. TRIGERO, of Counsel
                                                                Attorney for Plaintiff, Tammi Jones

10

11  Date:   February 23, 2012

12

13                                                               _/s/ Rebecca R. Weinreich_____

14                                                               REBECCA WEINREICH
                                                                Attorney for Defendants, National
15                                                              Union Fire Insurance Company of
                                                                Pittsburgh, PA; American
16                                                              International Group, Inc.; and Chartis
                                                                Claims, Inc.
17

18

19  IT IS SO ORDERED THAT the status conference set for 3/2/12 at 10:30 a.m. is reset for
20  4/27/12 at 10:30 a.m.  An updated joint status report shall be filed by 4/20/12.

21

22

23  _____
    EDWARD M. CHEN
    U.S. District Judge



24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

**FEDERAL COURT PROOF OF SERVICE**
Tammi Jones v. AIG - File No. 6234.7811

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and not a party to the action. My business address is 221 North Figueroa Street, Suite 1200, Los Angeles, CA 90012. I am employed in the office of a member of the bar of this Court at whose direction the service was made.

On February 23, 2012, I served the following document(s):  UPDATED JOINT CASE MANAGEMENT STATEMENT

I served the documents on the following persons at the following addresses (including fax numbers and e-mail addresses, if applicable):

Edward M. Mastrangelo, Esq.                    Attorneys for Plaintiff, TAMMI JONES
MASTRANGELO LAW OFFICES
A Profession Corporation
Two Theatre Square, Suite 234
Orinda, CA  94563
Telephone:  (925) 258-0500
Facsimile:  (925) 254-0550

The documents were served by the following means:

☒      (BY COURT'S CM/ECF SYSTEM)  Pursuant to Local Rule, I electronically filed the documents with the Clerk of the Court using the CM/ECF system, which sent notification of that filing to the persons listed above.

I declare under penalty of perjury under the laws of the State of CALIFORNIA that the foregoing is true and correct.

Executed on February 23, 2012, at Los Angeles, California.

Tamara Richardson

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW