Steven R. Anthony [SBN 037778]
Jane L. Trigero, Of Counsel [SBN 103575]
Peter G. Washington [SBN 230514]
ANTHONY & ASSOCIATES
1999 Harrison Street, #1620
Oakland, California  94612
Telephone: [510] 835-8400
Facsimile:  [510] 835-5566

Edward M. Mastrangelo, Esq. [SBN 83720]
MASTRANGELO LAW OFFICES
A Professional Corporation
Two Theatre Square, Suite 234
Orinda, CA  94563-3346
Telephone:  [925] 258-0500
Facsimile:   [925] 254-0550

Attorneys for Plaintiff, TAMMI JONES

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN FRANCISCO DIVISION

| TAMMI JONES, | ) | Case No.  CV-10-1374 EMC |
|---|---|---|
| Plaintiff, | ) ) ) | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| vs. | ) ) | |
| AMERICAN INTERNATIONAL GROUP, INC.; NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA; and CHARTIS CLAIMS, INC., formerly known as AIG DOMESTIC CLAIMS, INC. | ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

The parties to this action, through undersigned counsel, hereby agree that the entire action is dismissed with prejudice based upon the settlement of the entire action in accord with FRCP 41(a)(1)(A)(ii).

///

**STIPULATION FOR DISMISSAL WITH PREJUDICE**                                    -1-

DATED:  March 19, 2012            ANTHONY & ASSOCIATES


By: /s/ *Steven R. Anthony*
    Steven R. Anthony
    Attorneys for Plaintiff

DATED:  March 19, 2012            Lewis Brisbois Bisgaard & Smith LLP


By: /s/ *Rebecca R. Weinreich*
    Rebecca R. Weinreich
    Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated: _____ March 20, 2012

By:_____
   Honorable E
   U.S. Distric

IT IS SO ORDERED

Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**STIPULATION FOR DISMISSAL WITH PREJUDICE**                    -2-

ANTHONY & ASSOCIATES
1999 HARRISON STREET, SUITE 1620
OAKLAND, CA 94612

## ATTESTATION PURSUANT TO GENERAL ORDER NO. 45

Pursuant to General Order No. 45 of the Northern District of California, I attest that concurrence in the filing of this document has been obtained from the other signatory to this document.

By:  /s/ *Steven R. Anthony*
Steven R. Anthony

ANTHONY & ASSOCIATES
1999 HARRISON STREET, SUITE 1620
OAKLAND, CA 94612

**STIPULATION FOR DISMISSAL WITH PREJUDICE**                    -3-